IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00349-MSK-PAC

DIANA GONZALES,

       Plaintiff,

v.

BOARD OF COMMISSIONERS OF ELBERT COUNTY, a body corporate,

       Defendant.

_____

**ORDER RE UNOPPOSED MOTION TO ALLOW ANSWER TO STAND AS FILED ONE DAY OUT OF TIME**
_____

       THIS MATTER comes before the Court pursuant to defendant's unopposed motion to allow answer to stand as filed one day out of time **(#11)**.  Having duly considered this motion,

       IT IS ORDERED that the Motion is GRANTED.  Defendant's answer shall stand as filed on April 20, 2006.

       DATED this 25th day of April 2006.

                                  **BY THE COURT:**

                                  Marcia S. Krieger
                                  United States District Judge