IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00349-MSK-PAC

DIANA GONZALES,

    Plaintiff,

v.

BOARD OF COMMISSIONERS OF ELBERT COUNTY, a body corporate,

    Defendant.

---

### ORDER DENYING MOTION TO DISMISS PUNITIVE DAMAGES CLAIM, AS MOOT

---

THIS MATTER comes before the Court on the Defendant's Motion to Dismiss Punitive Damages Claim **(#5)**. The Plaintiff filed a response **(#10)** in which she states that she no longer seeks to obtain punitive damages. This will undoubtedly be reflected in the final pretrial order. Because no claim for punitive damages is asserted,

**IT IS THEREFORE ORDERED** that the Motion to Dismiss Punitive Damages Claim **(#5)** is **DENIED**, as moot.

Dated this 26th day of April, 2006

                                                **BY THE COURT:**

                                                */s/ Marcia S. Krieger*

                                                Marcia S. Krieger
                                                United States District Judge