IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00349-MSK-PAC

DIANA GONZALES,

    Plaintiff(s),

v.

BOARD OF COMMISSIONERS OF ELBERT COUNTY, a body corporate,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Unopposed Motion to Reset Settlement Conference [filed June 20, 2006; Doc. No. 24] is **GRANTED** as follows:

    The Settlement Conference set for August 10, 2006 is *vacated and reset* to **October 2, 2006 at 1:30 p.m.**

    Confidential Settlement Statements are due on or before **September 27, 2006,** and should be e-mailed to the Magistrate Judge at Coan_Chambers@cod.uscourts.gov.

    Confidential Settlement statements with attachments totaling over 15 pages shall be submitted to the Clerk's Office in an envelope labeled "Personal Materials" addressed to Magistrate Judge Patricia A. Coan.

    ***Counsel and parties with full authority to settle must be present.***

    In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated:  June 21, 2006