IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00349-MSK-PAC

DIANA GONZALES,

    Plaintiff(s),

v.

BOARD OF COMMISSIONERS OF ELBERT COUNTY, a body corporate,

    Defendant(s).

---

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Stipulated Motion for Protective Order dated June 23, 2006 (doc. 29) is granted. The attached Protective Order in made an order of the Court this date.

Dated: July 13, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-349-MSK-PAC

DIANA GONZALES,

    Plaintiff,

v.

BOARD OF COMMISSIONERS OF ELBERT COUNTY,

    Defendant.

## PROTECTIVE ORDER

The parties have submitted a stipulated motion for protective order providing for the confidentiality of certain records. Pursuant to the parties' motion demonstrating good cause, the Court enters the following order under F.R.C.P. 26(c):

1. Plaintiff agrees that she and her counsel will treat performance reviews and employee consultation forms, and the information gleaned from them, as strictly confidential, for use only and solely in this case and no other purpose.

2. Plaintiff and her counsel will not show or give such documents to anyone who is not a party to or attorney of record in this case, or discuss their contents with any such third persons.

3. If plaintiff's counsel wishes to utilize any such record as an exhibit in the case, he will first redact identifying information to protect the confidentiality of the person who is the subject of the record.

4.   If plaintiff's counsel wishes to discuss information concerning such a record in a deposition, he shall give reasonable notice to defense counsel in advance, and request that such discussion occur on a confidential record.

5.   Plaintiff and her counsel will return to defense counsel all copies of such records within 10 days after the conclusion of this lawsuit.

ORDERED this  11th  day of  July , 2006.

BY THE COURT:

S/PATRICIA A COAN
PATRICIA A COAN
MAGISTRATE JUDGE

2