IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00349-MSK-PAC

DIANA GONZALES,

    Plaintiff(s),

v.

BOARD OF COMMISSIONERS OF ELBERT COUNTY, a body corporate,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Motion to Amend Answer dated August 2, 2006 (doc. 34) is granted.  Defendant shall file a signed Amended Answer no later than **September 8, 2006**.

Dated:  September 1, 2006