IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  06-cv-00349-MSK-PAC

DIANA GONZALES,

Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF ELBERT COUNTY, a body corporate,

Defendant.

_____

**ORDER**
_____

I am informed that this case has been resolved, subject only to final approval by the Board of County Commissioners.  Accordingly,

IT IS ORDERED that on or before **November 28, 2006**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated November 14, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge